7141/ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

BEJANEL SAMA,

        Plaintiff,                     CASE NO.: 09-80437-CIV-
                                         DIMITROULEAS/ROSENBAUM

vs.

PAUL WAYNE VINCENT, and
BOBBY'S TRANSPORT, INC.
a Foreign Corporation,

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's Order on Interested persons And Corporate Disclosure Statement:

1.) The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

      Robert D. Moses, Esq.
      Wiederhold & Moses, P.A.
      P. O. Box 3918
      West Palm Beach, Florida 33402

      Canal Insurance Company
      P. O. Box 7
      Greenville, SC 29602

      Bobby's Transport
      5952 W. Market Street Ext.
      Cheraw, SC 29520

Paul Wayne Vincent
108 Tech Road
Cheraw, SC 29520

Cathy R. Bierman, Esquire
Topkin & Egner, PL
1166 N. Newport Center Drive
Suite 309
Deerfield Beach, FL 33442

Sama Bejanel
c/o Cathy R. Bierman, Esquire
Topkin & Egner, PL
1166 N. Newport Center Drive
Suite 309
Deerfield Beach, FL 33442

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None known at this time.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   N/A

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

   N/A

5.) Check one of the following:

   ✓    a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

   _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

I HEREBY CERTIFY that on March 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM-ECF system which will send a notice of the electronic filing to the following: Cathy R. Bierman, Esquire, Topkin & Egner, PL, 1166 N. Newport Center Drive, Suite 309, Deerfield Beach, FL 33442.

                                                s/ Robert D. Moses
                                                Robert D. Moses
                                                Florida Bar No. 182860
                                                Attorney for Defendants
                                                Wiederhold & Moses, P.A.
                                                Brandywine Centre II, Suite 240
                                                560 Village Blvd.
                                                P.O. Box 3918 (33402)
                                                West Palm Beach, FL 33409
                                                Telephone: 561-615-6775
                                                Facsimile:  561-615-7225
                                                rmoses@wmrfla.com